# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
APR 2 1 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DAVID ORTEGA

vs

TOYOTA MOTOR SALES, USA, INC.

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0724 DMS WMc

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ANDERSON LAW FIRM                             Tel: (714) 516-2700
MARTIN W. ANDERSON, State Bar No. 178422
2070 N. TUSTIN AVE.
SANTA ANA, CA 92705

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                   APR 2 1 2008
         CLERK                                              DATE
         J. PARIS
By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)