1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  DAVID ORTEGA, | CASE NO. 08cv0724 DMS (WMc) |
| 12                              Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| 13        vs. <br> TOYOTA MOTOR SALES, USA, INC., | |
| 14                              Defendant. | |

15

16      Defendant Toyota Motor Sales, U.S.A., Inc.'s motion to dismiss is currently scheduled for

17  hearing on July 25, 2008. The Court finds this matter suitable for submission without oral argument

18  pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

19      **IT IS SO ORDERED.**

20  DATED:  July 22, 2008

21  _____

22  HON. DANA M. SABRAW
    United States District Judge

23

24

25

26

27

28